IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Karen Rodriguez Reyes, et al<br><br>**PLAINTIFFS**<br>v.<br><br>Carlos Molina Rodriguez; et. als<br><br>**DEFENDANTS** | Civil No. 11-1504(FAB) |

### Motion to Withdraw as Attorney of Record

**TO THE HONORABLE COURT:**

**Come now**, co-defendants Carlos Molina-Rodriguez and Sonia Rios-Russi, without submitting to the Court's jurisdiction, through the undersigned attorney and respectfully **state** and **pray** as follows:

1. The undersigned attorney has resigned from his position at the Puerto Rico Department of Justice. As a result, he will no longer continue to act as attorney of record on behalf of the appearing defendant(s) in this case.

2. Accordingly, the undersigned requests that the Court allow him to withdraw as attorney of record on behalf of the appearing defendant.

**WHEREFORE**, it is respectfully requested from this Honorable Court grant this instant motion and allow the withdrawal of the undersigned as attorney of record and that his name be removed from the CM/ECF system notification list.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of August, 2013.

| | |
|---|---|
| **LUIS SÁNCHEZ BETANCES**<br>Secretary of Justice<br><br>**MARTA ELISA GONZÁLEZ**<br>Deputy Secretary of Justice<br>In Charge of Litigation<br><br><br>**JANITZA GARCÍA-MARRERO**<br>U.S.D.C.-P.R. NO. 222603<br>Director<br>Federal Litigation Division | *S/Angel L. Ramos Cardona*<br>**ANGEL L. RAMOS CARDONA**<br>U.S.D.C- P.R. NO. 230607<br>Federal Litigation Division<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, P.R., 00902-0192<br>Tel. (787) 721-2900 x. 2603, 2606<br>Fax. (787) 723-9188<br>anramos@justicia.pr.gov |